# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| KRISTIE JACKSON, on behalf of J.E.J, a minor, | * * * |
| Plaintiff, | * |
| v. | * |
| | * No. 5:10-cv-00041-SWW-JJV |
| MICHAEL ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | * * * |
| Defendant. | * |

## **ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 24th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE