## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| KRISTIE JACKSON, on behalf of J.E.J, a minor, | * * * |
| Plaintiff, | * |
| v. | * |
| | * No. 5:10-cv-00041-SWW-JJV |
| MICHAEL ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | * * * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE